USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    UNITED STATES OF AMERICA

              - v. -

    DAMIEN KINSEY,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    :
    :
    :    **PRELIMINARY ORDER OF**
        **FORFEITURE AS TO**
    :    **SUBSTITUTE ASSETS**
    :    14 Cr. 589 (VB)
    :
    :

WHEREAS, on or about September 4, 2024, DAMIEN KINSEY (the "Defendant"), was charged in an Information, 14 Cr. 589 (VB) (the "Information"), with five counts of bank robbery in violation of Title 18, United States Code, Section 2113(a) (Counts One through Five);

WHEREAS, on or about September 4, 2014, the Defendant pled guilty to Counts One through Five of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One through Five of the Information and agreed to forfeit to the United States a sum of money equal to $28,650 in United States currency, representing the amount of gross proceeds obtained as a result of the offense charged in Counts One through Five of the Information;

WHEREAS, on or about April 24, 2015, the Court entered a Preliminary Order of Forfeiture (the "Order of Forfeiture") imposing a money judgment against the Defendant in the amount of $28,650 (the "Money Judgment"), representing the gross proceeds obtained as a result of the commission of the offenses charged in Counts One through Five of the Information (D.E. 24);

1

WHEREAS, to date, the entire Money Judgment entered against the Defendant remains unpaid;

WHEREAS, as a result of acts and omissions of the Defendant, the United States has not been able to locate, obtain or collect assets traceable to the gross proceeds of the Defendant's offenses, despite the exercise of due diligence in investigating the assets of the Defendant;

WHEREAS, the Government has identified the following asset in which the Defendant has an ownership interest:

a. $340.00 in United States currency seized by the Government from the Defendant on or about March 27, 2014; and

b. A 2021 Dodge Durango Wagon Sport Utility with VIN number 1C4SDJCTXMC822186

(a. and b., together, the "Substitute Assets"); and

WHEREAS, the Government is seeking the forfeiture of all of the Defendant's right, title and interest in the Substitute Assets.

NOW IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1. All of the Defendant's right, title and interest in the Substitute Assets is hereby forfeited to the United States of America, for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n).

2. Upon entry of this Preliminary Order of Forfeiture of Substitute Assets, the United States Marshals Service (or its designee) is hereby authorized to take possession of the Substitute Asset and to keep it in its custody and control.

3.    Upon entry of a Final Order of Forfeiture, the Substitute Assets shall be applied towards the satisfaction of the Money Judgment entered against the Defendant.

4.    Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall publish for at least thirty (30) consecutive days on the official government internet forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture as to Substitute Assets and provide notice that any person, other than the Defendant in this case, claiming an interest in the Substitute Asset must file a petition within sixty (60) days from the first day of publication of the notice on this official government internet site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5.    The notice referenced in the preceding paragraph shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Substitute Assets, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the Substitute Assets and any additional facts supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6.    The United States may also, to the extent practicable, provide direct written notice to any person, other than the defendant, known to have an alleged interest in the Substitute Assets, as a substitute for published notice as to those persons so notified.

7.    Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Substitute Asset, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8.    The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture as to Substitute Assets, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated:    White Plains, New York
         February 20, 2026

SO ORDERED:

_____
HONORABLE VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE

4